# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01877-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| AMERICAN HONDA MOTOR CO, INC. | § § | |
| Defendant. | § | |
| | § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01646-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS | § § § | |
| Defendants. | § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Cellco Partnership d/b/a Verizon Wireless.  It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 26th day of August, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE